# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3489
_____

ANGELA AC ROBINSON,

Appellant,

v.

JERMARDRICK BARAKA JABAR
ROBINSON and DEPARTMENT OF
REVENUE,

Appellees.

_____

On appeal from the Circuit Court for Bay County.
Brandon J. Young, Judge.

[Date]

PER CURIAM.

DISMISSED.

BILBREY, WINOKUR, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Angela AC Robinson, pro se, Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.